ELIZABETH SALERNO, Respondent, v. ALBERT SALERNO, Appellant.— Order

* Rules of Civil Practice, rule 113.— [REP.

modified by reducing the amount which the defendant is directed to pay as counsel fees to the sum of $250, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.